IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERRANCE WASHINGTON,

    *Petitioner*,

v.                                    Case No.: 4:20cv498-MW/MAF

MARK INCH,

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. Respondent's motion to dismiss, ECF No. 10, is **GRANTED**. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition, ECF No. 1, is **DISMISSED**. A certificate of appealability is **DENIED**. Leave to appeal *in forma*

*pauperis* is **DENIED**." The Clerk shall close the file.

**SO ORDERED on June 3, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**